**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DEBRA VAN HALE,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

Civil No. 00-2538 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Sidney Brennan, Jr., Esq., Brennan Law Office, 1013 Ford Road, Minnetonka, MN 55305, counsel for Plaintiff.

Thomas Gilligan, Jr., Esq., Murnane Conlin White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55102, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 27, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 27 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________