UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Debra Van Hale,

Plaintiff,

vs.

Wal-Mart Stores, Inc.,

Defendant.

Court File No.: 00-CV-2538-DWF/AJB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The above entitled action, having been fully compromised and settled,

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed without prejudice and without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: February 19, 2002

MURNANE, CONLIN, WHITE & BRANDT
Professional Association

Thomas A. Gilligan, Jr., #202150
Attorneys for Wal-Mart Stores, Inc.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

Dated: 2-21-02

Sidney L. Brennan, Jr.,#11253
Attorney for Plaintiff
1013 Ford Road
Minnetonka, MN 55305
(952) 546-2455

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be, and the same is hereby dismissed without prejudice and without costs to either party.

Dated: 2/26, 2002.

BY THE COURT:

495040