**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DEBRA VAN HALE,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

Civil No. 00-2538 (DWF/AJB)

**ORDER**

---

Sidney Brennan, Jr., Esq., Brennan Law Office, 1013 Ford Road, Minnetonka, MN 55305, counsel for Plaintiff.

Thomas Gilligan, Jr., Esq., Murnane Conlin White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55102, counsel for Defendant.

---

On February 27, 2002, this Court issued an order dismissing this action, with prejudice, as settled. The Court, thereafter, was advised by counsel that the case was settled, without prejudice.

**IT IS ORDERED** that the order dated February 27, 2002 (Doc. No. 18), is hereby vacated. This action shall remain closed based on the Stipulation of Dismissal Without Prejudice and Order signed by Magistrate Judge Arthur J. Boylan and filed on February 26, 2002 (Doc. No. 19).

Dated: March 6, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 06 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______